UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
RS INTERNATIONAL LLC,

        Plaintiff,

  - against -

FORD MOTOR COMPANY, et ano.,

        Defendants.              **ORDER**
-------------------------------------------------------x
FORD MOTOR COMPANY,             14-CV-6371 (ILG) (RER)

        Counterclaim-Plaintiff,

  - against -

RS INTERNATIONAL LLC,

        Counterclaim-Defendant.
-------------------------------------------------------x
GLASSER, Senior United States District Judge:

       Plaintiff RS International LLC ("RS") brings this action against the Ford Motor Company ("Ford") and Premier Ford NY, Inc. ("Premier"; together, "defendants"), alleging that they violated Section 43 of the Lanham Act, codified at 15 U.S.C. § 1125(a), and New York General Business Law ("GBL") § 349 by using RS's "ROYAL SHIELD" trademark in connection with extended warranty services. Pending before the Court is defendants' unopposed motion for (1) partial summary judgment as to all claims against Premier and the GBL claim against Ford and (2) transfer of venue to the district court in either the Eastern District of Michigan (where Ford is headquartered) or the District of Massachusetts (where RS is headquartered).

       The Court has reviewed the evidence submitted in support of defendants' motion and determined that they have met their burden of establishing that they are entitled to

the relief that they seek as a matter of law for the reasons they have set forth in their papers. See Vt. Teddy Bear Co. v. 1-800 BEARGRAM Co., 373 F.3d 241, 243-44 (2d Cir. 2004). The motion is therefore GRANTED. All claims against Premier and the GBL claim against Ford are dismissed. Pursuant to 28 U.S.C. § 1404(a) and in the interest of justice, the Clerk of Court is directed to transfer this case to the United States District Court for the Eastern District of Michigan in accordance with the procedures set forth in Local Civil Rule 83.1 and to close the matter here as soon as that transfer is complete.

    SO ORDERED.

Dated:    Brooklyn, New York
           March 23, 2015

    /s/
I. Leo Glasser
Senior United States District Judge